IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-23-71-D |
| ) | |
| KANESHA L. GLADNEY, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

On July 5, 2023, as a result of plea negotiations between the United States and Defendant Kanesha L. Gladney, the United States filed a one-count superseding information charging Ms. Gladney with possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(B). *See* [Doc. No. 93]. The United States subsequently filed an unopposed Motion to Amend Superseding Information, which is now before the Court. *See* [Doc. No. 96].

In its motion to amend, the United States notes that the superseding information "contains an error that requires correction." Mot. to Amend at 1. Accordingly, the United States "seeks to strike the amount within the quantity clause in the allegation, specifically that Ms. Gladney possessed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and to amend the penalty provision accordingly from 21 U.S.C. § 841(b)(1)(B) to 21 U.S.C. § 841(b)(1)(C)." *Id.*

Pursuant to Fed. R. Crim. P. 7(e), the Court finds that the United States should be permitted to amend the superseding information. Accordingly, the motion is **GRANTED.** Under the circumstances, the Court directs the United States to file an amended superseding information in a manner consistent with the representations set forth in the unopposed motion.

**IT IS SO ORDERED** this 14th day of July, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge